# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TINSLEY, DWANE L. | 2. Court or Organization<br><br>SOUTHERN DISTRICT, WEST VIRGINIA | 3. Date of Report<br><br>07/26/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. MAGISTRATE JUDGE (FULL-TIME) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☑ Initial   ☐ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>06/30/2013 |

**7. Chambers or Office Address**

5408 ROBERT C. BYRD UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WV 25301

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | EMPLOYEE/ATTORNEY | HENDRICKSON & LONG, PLLC |
| 2. | EMPLOYEE/ATTORNEY | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC |
| 3. | SOLE PROPRIETOR | ATTORNEY - SELF EMPLOYED |
| 4. | SOLE PROPRIETOR | SPORTS AGENT - SELF EMPLOYED |
| 5. | SHAREHOLDER | FORENSIC INSTITUTE, LLC |
| 6. | UNIVERSITY PROFESSOR | UNIVERSITY OF CHARLESTON |
| 7. | BOARD MEMBER | UNIVERSITY OF CHARLESTON BOARD OF TRUSTEES |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/30/2013 | HENDRICKSON & LONG, PLLC - 401-K PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 2. | 06/30/2013 | NATIONWIDE RETIREMENT PLAN - DEFINED BENEFIT PENSION PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | HENDRICKSON & LONG, PLLC - SALARY/WAGE (ATTORNEY) | $75,916.02 |
| 2. 2011 | ECKERT, SEAMANS, CHERIN & MELLOTT, LLC - SALARY/WAGE (ATTORNEY) | $82,728.82 |
| 3. 2011 | SELF-EMPLOYMENT EARNINGS (ATTORNEY) | $14,074.00 |
| 4. 2012 | HENDRICKSON & LONG, PLLC - SALARY/WAGE (ATTORNEY) | $150,719.96 |
| 5. 2012 | UNIVERSITY OF CHARLESTON - SALARY/WAGE (TEACHING) | $11,250.00 |
| 6. 2012 | SELF-EMPLOYMENT EARNINGS (ATTORNEY) | $184,729.00 |
| 7. 2013 (YTD) | HENDRICKSON & LONG, PLLC - SALARY/WAGE (ATTORNEY) | $49,323.09 |
| 8. 2013 (YTD) | UNIVERSITY OF CHARLESTON - SALARY/WAGE (TEACHING) | $7,799.99 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT - INITIAL REPORT | | | | |
| 2. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

3. _____ _____ _____ _____ _____

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT - INITIAL REPORT | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | AMERICAN EXPRESS | CREDIT CARD PAYABLE | J |
| 3. | HUNTINGTON BANK | PERSONAL LINE OF CREDIT | M |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #1, FAYETTEVILLE, WV | D | Rent | L | W | | | | | |
| 2. RENTAL PROPERTY #2, FAYETTEVILLE, WV | A | Rent | J | W | | | | | |
| 3. FORENSIC INSTITUTE, LLC (S-CORPORATION) | D | Distribution | J | U | | | | | |
| 4. BB&T CHECKING ACCOUNT #1 | A | Interest | L | T | | | | | |
| 5. HUNTINGTON BANK CHECKING ACCOUNT #1 | A | Interest | J | T | | | | | |
| 6. HUNTINGTON BANK CHECKING ACCOUNT #2 | A | Interest | M | T | | | | | |
| 7. HUNTINGTON BANK CHECKING ACCOUNT #3 | | None | M | T | | | | | |
| 8. HUNTINGTON BANK CHECKING ACCOUNT #4 | | None | L | T | | | | | |
| 9. HUNTINGTON BANK CERTIFICATE OF DEPOSIT | A | Interest | J | T | | | | | |
| 10. COMPUTERSHARE - METLIFE POLICYHOLDERS TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 11. (H) NATIONAL FINANCIAL SERVICES BROKERAGE ACCOUNT | | | | | | | | | |
| 12. - ISHARES TR MSCI EAFE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. - ISHARES TR RUSSELL MIDCAP GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. - ISHARES TR RUSSELL MIDCAP VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. - ISHARES TR RUSSELL 1000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. - ISHARES RUSSELL 1000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 17. - ISHARES RUSSELL 2000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 18. - ISHARES RUSSELL 2000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 19. - NFS SWEEP MONEY MARKET ACCOUNT | A | Interest | K | T | | | | | |
| 20. (H) WELLS REAL ESTATE INVESTMENT II | | | | | | | | | |
| 21. - COLUMBIA PROPERTY TRUST INC. REIT | C | Distribution | K | T | | | | | |
| 22. 401K - THE HARTFORD | A | Dividend | K | T | | | | | |
| 23. - LORD ABBETT FUNDAMENTAL EQUITY R3 MUTUAL FUND | | | | | | | | | |
| 24. - JP MORGAN SMARTRETIREMENT 2020 MUTUAL FUND | | | | | | | | | |
| 25. (H) JOHN HANCOCK LIFE INSURANCE COMPANY | | | | | | | | | |
| 26. - LIFESTYLE BALANCED VARIABLE ANNUITY | | None | M | T | | | | | |
| 27. THE HARTFORD LEADERS OUTLOOK VARIABLE ANNUITY | | None | J | T | | | | | |
| 28. IRA #1 - JOHN HANCOCK LIFE INSURANCE COMPANY | | None | M | T | | | | | |
| 29. - LIFESTYLE GROWTH VARIABLE ANNUITY | | | | | | | | | |
| 30. - LIFESTYLE MODERATE VARIABLE ANNUITY | | | | | | | | | |
| 31. IRA #2 - NATIONWIDE DESTINATION B VARIABLE ANNUITY | | None | L | T | | | | | |
| 32. IRA #3 - JANNEY MONTGOMERY SCOTT | A | Int./Div. | K | T | | | | | |
| 33. - DREYFUS CASH MANAGEMENT 288 MONEY MARKET FUND | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - ETFS PALLADIUM TRUST COMMON STOCK | | | | | | | | | |
| 35. - FIRST TRUST FTSE EPRA NAREIT DEV MKTS EFT COMMON STOCK | | | | | | | | | |
| 36. - ISHARES CORE S&P MIDCAP ETF COMMON STOCK | | | | | | | | | |
| 37. - ISHARES DOW JONES US MEDICAL DEVICES ETF COMMON STOCK | | | | | | | | | |
| 38. - ISHARES DOW JONES US OIL EQUIPMENT INDEX ETF COMMON STOCK | | | | | | | | | |
| 39. - ISHARES INTL INFLATION LINKED BOND ETF COMMON STOCK | | | | | | | | | |
| 40. - ISHARES MSCI EUROPE FINANCIALS INDEX ETF COMMON STOCK | | | | | | | | | |
| 41. - ISHARES MSCI GERMANY INDEX ETF COMMON STOCK | | | | | | | | | |
| 42. - ISHARES MSCI ITALY CAPPED INDEX ETF COMMON STOCK | | | | | | | | | |
| 43. - ISHARES MSCI UNITED KINGDON INDEX ETF COMMON STOCK | | | | | | | | | |
| 44. - ISHARES RUSSELL 2000 INDEX ETF COMMON STOCK | | | | | | | | | |
| 45. - ISHARES S&P US PREFERRED STOCK INDEX ETF COMMON STOCK | | | | | | | | | |
| 46. - MARKET VECTORS VIETNAM ETF COMMON STOCK | | | | | | | | | |
| 47. - POWERSHARES EMERGING MARKETS SOVERIGN DEBT ETF COMMON STO | | | | | | | | | |
| 48. - SECTOR TECHNOLOGY SELECT SECTOR SPDR EFT COMMON STOCK | | | | | | | | | |
| 49. - SPDR S&P 500 ETF COMMON STOCK | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 50. - SPDR S&P REGIONAL BANKING ETF COMMON STOCK | | | | | | | | | |
| 51. - WISDOMTREE JAPAN HEDGED EQUITY FD ETF COMMON STOCK | | | | | | | | | |
| 52. - ISHARES BARCLAYS 1-3 YR CREDIT BOND ETF COMMON STOCK | | | | | | | | | |
| 53. - PIMCO TOTAL RETURN ETF COMMON STOCK | | | | | | | | | |
| 54. - POWERSHARES SENIOR LOAN PORT ETF COMMON STOCK | | | | | | | | | |
| 55. - SPDR BARCLAYS CAP SHORT TERM HIGH YIELD BOND ETF COMMON S | | | | | | | | | |
| 56. IRA #4 - LPL FINANCIAL | A | Dividend | K | T | | | | | |
| 57. - FREEPORT MCMORAN COPPER COMMON STOCK | | | | | | | | | |
| 58. - NAVIOS MARITIME HLDGS COMMON STOCK | | | | | | | | | |
| 59. - WESTPORT INNOVATIONS INC COMMON STOCK | | | | | | | | | |
| 60. - DAVIS NY VENTURE MUTUAL FUND | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 07/26/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DWANE L. TINSLEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544